UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TRUJILLO, | No. 2:15-cv-0272 GGH P |
| Petitioner, | ORDER |
| v. | |
| M. SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the filing fee.  Petitioner has consented to a Magistrate Judge in this action pursuant to 28 U.S.C. § 636(c).

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case.  The previous application was filed on November 7, 2005, and was denied on the merits on March 19, 2007.[1]  See Trujillo v. Scribner, No. 2:05-cv-2251 JKS KJM.[2]  The current petition represents a successive challenge to the same 2000 conviction at issue in petitioner's prior petition.  Before

---

[1] The previous petition was dismissed as time barred which is a decision on the merits.  See McNabb v. Yates, 576 F.3d 1028, 1029-30 (9th Cir. 2009).

[2] Previous to the 2005 petition, petitioner had filed an application in 2003 concerning the same conviction, which was dismissed as unexhausted on March 21, 2005.  See Trujillo v. Alameda, No. 2:03-cv-2625 GEB KJM.

petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

      Accordingly, IT IS ORDERED that this action is dismissed without prejudice.

Dated: February 20, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Truj0272.success